# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMELDA CAPUTI,<br><br>  Plaintiff,<br><br>  v.<br><br>FRESNO COUNTY SUPERIOR COURT, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:11-cv-01579-AWI-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 3) |

By a motion filed September 19, 2011, Plaintiff Imelda Caputi seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.


Dated:   September 30, 2011          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE